NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3019

DARRALYN C. COUNCIL,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752090091-I-1.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

Darralyn C. Council submits numerous motions and supplemental briefs concerning his case. The Department of Veterans Affairs moves to suspend its obligation to respond to Council's motions until Council's motion for leave to proceed in forma pauperis is resolved.

Council's motion for leave to proceed in forma pauperis was granted on January 8, 2010. As Council was informed in a separate order on January 8, 2010, arguments concerning the merits of his petition for review should be placed in his informal brief and not in motions. The rules do not provide for supplemental briefing. All arguments concerning the merits must be included in Council's opening brief and his reply brief, which Council has now filed.

Accordingly,

IT IS ORDERED THAT:

Council's motions are denied. The Department's motion is moot.

MAR 1 9 2010
_____

Date

FOR THE COURT

/s/ Jan Horbaly
_____

Jan Horbaly
Clerk

cc:    Darralyn C. Council
        Elizabeth A. Speck, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2010

JAN HORBALY
CLERK

2010-3019                    2